1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WALTER H. HANSEN,                          No.  19-cv-02069-KJM-AC

12              Plaintiff,

13         v.                                    ORDER

14   BOEHRINGER INGELHEIM
     PHARMACEUTICALS, INC., et al.,
15
                Defendants.
16

17

18              On January 17, 2020, the court heard argument on defendants' motion to stay the

19   case pending a decision by the Joint Panel on Multidistrict Litigation.  The listed attorney for

20   defendant GlaxoSmithKline, LLC, Jonathan S. Tam, did not appear at the hearing.

21              Accordingly, Mr. Tam is ORDERED to show cause why he should not be

22   sanctioned in the amount of $250.00 for failing to appear at the motion hearing.  Counsel's

23   response is due in seven (7) days.

24              IT IS SO ORDERED.

25   DATED:  January 21, 2020.

26

27                                              CHIEF UNITED STATES DISTRICT JUDGE

28

                                              1