Amy O'Neill (Bar No. 294458)
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4800
Facsimile: (916) 321-4900
Email: ao'neill@kslaw.com

Andrew T. Bayman (*pro hac vice* forthcoming)
Robert B. Friedman (*pro hac vice* forthcoming)
Julia Zousmer (*pro hac vice* forthcoming)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: abayman@kslaw.com
Email: rfriedman@kslaw.com
Email: jzousmer@kslaw.com

[Additional counsel listed on signature page(s)]

*Attorneys for Defendants*
*Boehringer Ingelheim Pharmaceuticals, Inc*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| WALTER H. HANSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.;<br>SANOFI US SERVICES INC.;<br>CHATTEM, INC.; and<br>GLAXOSMITHKLINE LLC,<br><br>    Defendants. | Civil Case No.: 2:19-cv-02069-KJM-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Plaintiff Walter H. Hansen and Defendants Sanofi US Services Inc. and Chattem, Inc. (the "Sanofi Defendants"); Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"); Pfizer Inc. ("Pfizer"), and GlaxoSmithKline LLC ("GSK") by and through their undersigned counsel, hereby jointly move the Court for an order extending all deadlines currently set in this case pending the determination of the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer this case and other Zantac-related lawsuits to a multidistrict litigation ("MDL").

The Parties hereby stipulate:

---
JOINT STIPULATION AND ORDER EXTENDING ALL DEADLINES PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

WHEREAS Plaintiffs filed the Complaint in the above-captioned action on October 15, 2019 (ECF No. 1);

WHEREAS the Court entered a Pretrial Scheduling Order on October 16, 2019, which, among other things, set a deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26 (ECF No. 3, at 2);

WHEREAS on November 22, 2019, the parties jointly stipulated to extend the time for Defendants to respond to the Complaint (ECF No. 5) to December 20, 2019;

WHEREAS on December 5, 2019, Defendants filed a Motion to Stay (ECF No. 8) proceedings pending decision by the JPML on a pending motion to transfer all Zantac-related personal injury and class action cases to a single jurisdiction for coordinated and consolidated pretrial proceedings in Case No 2924;

WHEREAS on December 19, 2019, the JPML scheduled a hearing date for the motion for transfer for January 30, 2020;

WHEREAS on December 17, 2019, the Court granted Defendants' ex parte application to extend the deadline to respond to the Complaint to January 19, 2020 (ECF No. 14);

WHEREAS on January 17, 2020, after a hearing regarding Defendants' Motion to Stay, the Court entered an Order instructing parties to meet and confer and file a joint statement and proposed schedule for moving the case forward within seven days (ECF No. 23);

WHEREAS the Court and the Parties discussed at the January 17, 2020 hearing, and Plaintiff stipulated, that Defendants would not be required to respond to the Complaint by January 19, 2010;

WHEREAS on January 23, 2020, the Parties met, conferred, and agreed that all deadlines set by Federal Rule of Civil Procedure 26 and the Court's Initial Pretrial Scheduling Order, as well as Defendants' deadline to respond to the Complaint, should be extended pending a decision by the JPML. The parties further agreed to meet and confer within fourteen days of the JPML decision if the case is not transferred for inclusion in a MDL.

WHEREAS Defendants' Motion to Stay is currently pending before the Court;

WHEREAS in order to conserve the resources of the Court and the parties and in light of the upcoming JPML hearing date for the motion for transfer, the Parties believe good cause exists for modifying the Initial Pretrial Scheduling Order;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and request that the Court enter an order that the current deadlines set by Federal Rule of Civil Procedure 26 and the Court's Initial Pretrial Scheduling Order, as well as the deadline for Defendants' response to the Complaint, are hereby extended until at least fourteen days after the JPML issues its ruling. If this case is not transferred for inclusion in a MDL, the Parties shall meet-and-confer and file a revised statement and proposed schedule within fourteen days of the Judicial Panel on Multidistrict Litigation decision.

Dated: January 24, 2020         Respectfully submitted,

By:    */s/ Amy O'Neill*
       Amy O'Neill (Bar No. 294458)
       KING & SPALDING LLP
       621 Capitol Mall
       Suite 1500
       Sacramento, CA 95814
       Telephone: (916) 321-4800
       Facsimile: (916) 321-4900
       Email: ao'neill@kslaw.com

       Andrew T. Bayman (*pro hac vice* forthcoming)
       Robert B. Friedman (*pro hac vice* forthcoming)
       Julia Zousmer (*pro hac vice* forthcoming)
       1180 Peachtree Street, NE, Suite 1600
       Atlanta, GA 30309-3521
       Telephone: (404) 572-4600
       Facsimile: (404) 572-5100
       Email: abayman@kslaw.com
       Email: rfriedman@kslaw.com
       Email: jzousmer@kslaw.com

       *Attorneys for Defendant*
       *Boehringer Ingelheim Pharmaceuticals, Inc.*

By:    /s/Sharon Mayo (as authorized on 1/24/20)
       Sharon Mayo
       ARNOLD & PORTER
       KAYE SCHOLER LLP
       Three Embarcadero Center, 10th Floor
       San Francisco, CA 94111

Tel: (415) 471-3100
Fax: (415) 471-3400
Email: oluoma.kas-osoka@arnoldporter.com

Anand Agneshwar (*pro hac vice* forthcoming)
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
Email: anand.agneshwar@arnoldporter.com

Daniel S. Pariser (*pro hac vice* forthcoming)
Paige H. Sharpe (*pro hac vice* forthcoming)
Elliott Cruchley Mogul (*pro hac vice* forthcoming)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Email: daniel.pariser@arnoldporter.com
Email: paige.sharpe@arnoldporter.com
Email: elliott.mogul@arnoldporter.com

*Attorneys for Defendants*
*Sanofi US Services Inc. and Chattem, Inc.*

By: */s/ Jonathan Tam* (as authorized on 1/24/20)
Jonathan Tam (SBN 304143)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Email: jonathan.tam@dechert.com

Mark S. Cheffo (*pro hac vice* forthcoming)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: mark.cheffo@dechert.com

Will W. Sachse (*pro hac vice* forthcoming)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
Email: will.sachse@dechert.com

*Attorneys for Defendant GlaxoSmithKline LLC*

By: */s/* Robert Brent Wisner (as authorized on 1/24/20)
Robert Brent Wisner
Pedram Esfandiary
Timothy A. Loranger
BAUM HEDLUND ARISTEI AND GOLDMAN
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Tel: 310-207-3233
Fax: 310-820-7444
Email: rbwisner@baumhedlundlaw.com
Email: pesfandiary@baumhedlundlaw.com
Email: tloranger@baumhedlundlaw.com

*Attorneys for Plaintiff Walter H Hansen*

**ORDER**

Pursuant to stipulation, and good cause appearing, it is hereby ORDERED that the parties' deadlines required set by Federal Rule of Civil Procedure 26 and the Court's Initial Pretrial Scheduling Order are hereby extended until fourteen (14) days after the Judicial Panel on Multidistrict Litigation ("JPML") issues its ruling whether to form a Multidistrict Litigation. If this case is not transferred for inclusion in a multidistrict litigation, the Parties shall meet-and-confer and file a revised statement within fourteen (14) days of the Judicial Panel on Multidistrict Litigation decision.

**IT IS SO ORDERED.**

DATED: January 31, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE